UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>MICHAEL DAUGHERTY,<br>    Defendant. | CRIMINAL NO. 6:16-05-KKC<br><br><br>**ORDER** |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on a recommended disposition in which the Magistrate Judge makes certain recommendations regarding the Defendant's admitted violations of the terms of his supervised release. (DE 824 at 9.) No party has filed objections to the recommendation. The Defendant has waived his right to appear before the district judge, and he has waived his right to make a statement and present mitigating information. (DE 827 at 1.)

Accordingly, the Court **HEREBY ORDERS** that the recommended disposition (DE 824) is **ADOPTED** as the Court's opinion. The Court will enter a Judgment consistent with the recommendation.

Dated June 26, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY